AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>AARON JOHNSON | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | Eastern District of WI | 3-08-70752 JL | 08-CR-36 (CNC) |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 21 U.S.C. § 841(a)(1), 841()(1)(A) and 846 and 18: U.S.C. subsection 2

**DISTRICT OF OFFENSE**
Eastern District of WI

**DESCRIPTION OF CHARGES:**

Knowingly and intentionally conspiring with others to distribute a controlled substance involving 1000 kg or more of a mixture and substance containing marijuana.

FILED
NOV 2 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | X Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | ☐ Yes | Language: | |

NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| November 24, 2008 | JOSEPH C. SPERO |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |