1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California  94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      E-Mail: owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,    )   Criminal No. CR 3-08-70752 MAG
                                 )
14       Plaintiff,              )
                                 )
15                               )   [~~PROPOSED~~] **DETENTION ORDER**
         v.                      )
16                               )
    AARON JOHNSON,               )
17                               )
         Defendant.              )
18  _____)

19

20       This case came before the Honorable Joseph C. Spero on November 24, 2008 on

21  defendant's motion for a detention hearing.  The defendant was represented by defense counsel

22  Ean Vizzi.  The United States was represented by Assistant United States Attorney Owen

23  Martikan.  After hearing the parties' proffers and arguments and reviewing their papers, the

24  Court found by a preponderance of the evidence that no condition or combination of conditions

25  could reasonably assure the appearance of the defendant as required.  *See* United States v.

26  Motamedi, 767 F.2d 1403 (9th Cir. 1985)(addressing the burden of proof governing a finding of

27  risk of flight).  The Court provided the following reasons for this finding:

28

**[~~PROP~~] DETENTION ORDER**
**Case No. CR 3-08-70752 MAG**

(1) The defendant has three active no bail felony warrants for state law offenses;

(2) The defendant has previously absconded from probation;

(3) The defendant has previously had bench warrants issued for failure to appear in state court;

(4) The defendant has had his probation revoked eight times in the nine years since he reached majority; and

(5) Although the Court appreciates the appearance of defendant's parents, friends and family on his behalf, and his parents' willingness to post their home as collateral for a bond, this family and community support has apparently not prevented defendant from engaging in other criminal conduct, violating probation, and failing to appear in court when previously required to do so.

The Court also found by clear and convincing evidence that the defendant posed a danger to the community and that no condition or combination of conditions could reasonably assure the safety of any other person and the community. 18 U.S.C. § 3142(f)(2)(B). The Court provided the following reasons for this finding:

(1) The defendant has an extensive adult criminal record consisting of twelve criminal convictions in the nine years since he reached majority, of which at least three of these convictions are for felonies; and

(2) The defendant has an extensive record of probation violations over that same period, and has had his probation revoked eight times.

These findings of fact are submitted pursuant to 18 U.S.C. § 3142(i)(1) and 18 U.S.C. § 3142(e).

The Court further directed the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2).

The Court further directed that the defendant be afforded reasonable opportunity for

[PROP] **DETENTION ORDER**
**Case No. CR 3-08-70752 MAG**              2

1  private consultation with counsel. *See* 18 U.S.C. § 3142(i)(3).

2        The Court further directed that, on order of a court of the United States or on request of
3  an attorney for the Government, the person in charge of the corrections facility in which the
4  person is confined deliver the person to a United States marshal for the purpose of an appearance
5  in connection with a court proceeding. *See* 18 U.S.C. § 3142(i)(4).

7        IT IS SO ORDERED.

9  DATED:__12/2/8_____



HON.
United

**[PROP]** **DETENTION ORDER**
**Case No. CR 3-08-70752 MAG**       3